```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           :

        - v -                      :    INDICTMENT

SOLLY SINAI,                       :
    a/k/a "Soley Sinay,"
    a/k/a "Sollyme Sinay,"              05CRIM.  541

        Defendant.                 :

- - - - - - - - - - - - - - - - - -X
```

COUNTS ONE AND TWO

(Interstate Transportation of Stolen Property)

The Grand Jury charges:

Background

1. In or about March or April 1997, approximately 200 pieces of valuable Japanese antique miniature sculptures were stolen from an antiques shop in Paris, France.

2. In or about May 1998, over 50 items of art and antiques (worth in excess of $1 million) were stolen from a residence in Paris, France. Among the items stolen from the residence were four pairs of antique, Napoleonic-era pistols, hand carved and historically unique, valued at approximately $500,000 in the aggregate, as well as a decorative antique silver bowl.

3. In or about June 1998, another burglary occurred at an antiques shop in Paris, France, and the thieves stole, among other things, a pair of antique candelabra and

approximately 104 bronze sculptures, the majority of which were valuable "first casts" by the artist Antoine Louis Barye (referred to herein as a "Barye Bronze").

    4.    At all times relevant to this Indictment, SOLLY SINAI, a/k/a "Soley Sinay," a/k/a "Sollyme Sinay," the defendant, held himself out as a legitimate dealer of art and antiquities. From in or about 1999 up to in or about November 2000, SINAI possessed and sold, or attempted to sell, several items stolen in the three above-described Paris, France burglaries.

<u>Statutory Allegations</u>

    5.    On or about the dates set forth below, in the Southern District of New York and elsewhere, SOLLY SINAI, a/k/a "Soley Sinay," a/k/a "Sollyme Sinay," the defendant, unlawfully, willfully and knowingly did transport, transmit and transfer in interstate and foreign commerce goods, wares and merchandise of the value of $5,000 and more, knowing the same to have been stolen, converted and taken by fraud, to wit, SINAI transported and sold, and caused to be transported and sold, to and from the

places set forth below, the following items, which had been stolen previously in France:

| Count | Description of Item(s) | Approximate Date | Transported From | Transported To |
|---|---|---|---|---|
| 1 | Six Napoleonic-era antique pistols | June 4, 2000 | New York, New York | California |
| 2 | Antique silver bowl | June 2000 | New York, New York | New Jersey |

(Title 18, United States Code, Sections 2314 and 2.)

COUNTS THREE THROUGH SIX

(Receipt and Sale of Stolen Property)

The Grand Jury further charges:

6. The allegations set forth in paragraphs 1 through 4 are repeated and realleged as if set forth fully herein.

7. On or about the dates set forth below, in the Southern District of New York and elsewhere, SOLLY SINAI, a/k/a "Soley Sinay," a/k/a "Sollyme Sinay," the defendant, unlawfully, willfully and knowingly did receive, possess, conceal, store, barter, sell and dispose of goods, wares and merchandise of the value of $5,000 and more, which had crossed a State and United States boundary after being stolen, unlawfully converted and taken, knowing the same to have been stolen, unlawfully converted and taken, to wit, SINAI possessed, stored, sold and disposed of,

and caused to be sold and disposed of, in New York, New York, the following items, which had been stolen previously in France:

| Count | Description of Item(s) | Approximate Date |
|---|---|---|
| 3 | Six Napoleonic-era antique pistols | June 2000 |
| 4 | Antique silver bowl | June 2000 |
| 5 | Pair of antique candelabra | June 2000 |
| 6 | Five Barye Bronzes | June 2000 |

(Title 18, United States Code, Sections 2315 and 2.)

_____
FOREPERSON

_____
DAVID N. KELLEY
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v -

**SOLLY SINAI,**
     a/k/a "Soley Sinay,"
     a/k/a "Sollyme Sinay,"

**Defendant.**

**INDICTMENT**

05 Cr.

(Title 18 U.S.C. §§ 2314, 2315 and 2)

DAVID N. KELLEY
United States Attorney.

**A TRUE BILL**

*/s/* _____
                                Foreperson.