ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :    <u>ORDER</u>

   - v -                               :

SOLLY SINAI,                            :    05 Cr. 541
    a/k/a "Soley Sinay,"
    a/k/a "Sollyme Sinay,"          :

        Defendant.              :

- - - - - - - - - - - - - - - - - - -x

HONORABLE GABRIEL W. GORENSTEIN, United States Magistrate Judge:

      The Court, having been advised that the above-referenced defendant has been arrested on a warrant issued by this Court, hereby orders that Indictment 05 Cr. 541 may be unsealed.

Dated:    February 14, 2008

                                  _____
                                  GABRIEL W. GORENSTEIN
                                  UNITED STATES MAGISTRATE JUDGE


